RICHARD L. JOHNSON
MARTIN DEINHART
BLAIR STERLING JOHNSON & MARTINEZ
A PROFESSIONAL CORPORATION
238 ARCHBISHOP F.C. FLORES ST. STE 1008
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Attorneys for Plaintiff First Hawaiian Bank

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| FIRST HAWAIIAN BANK, a Hawaii Corporation, <br><br>Plaintiff, <br><br>vs. <br><br>PACIFIC COMPOSITES, INC., a Guam Corporation, and AMANDA W.F. YOUNG, and CHRISTOPHEAR D. YOUNG, <br><br>Defendants. | CIVIL ACTION NO. 18-00028 <br><br>**SUPPLEMENTAL DECLARATION OF MARTIN DEINHART IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT OF AMANDA W.F. YOUNG** |

I, **MARTIN DEINHART,** declare:

1. I am an attorney with Blair Sterling Johnson & Martinez, a Professional Corporation, counsel for Plaintiff **FIRST HAWAIIAN BANK** in this action, and duly licensed to practice before the above-entitled court.

2. The Complaint in the above-referenced action was filed in the District Court of Guam on July 23, 2018. The Summons and Complaint were served upon Defendant **AMANDA W.F. YOUNG** on July 24, 2018, as is more particularly described in the Declaration of Service filed on July 26, 2018, in this matter.

3. Defendant has failed to answer or plead to the Complaint.

4. The time within which Defendant may answer or otherwise respond to the Complaint has expired, no answer or claim has been filed and the time to answer or otherwise

plead has not been extended.

5. Upon reasonable inquiry and investigation, declarant believes that Defendant is not a member of the United States of America Armed Forces, not incompetent, and not an infant or a minor.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATED this 4 day of September, 2018.

_____
MARTIN DEINHART

```
056\21147-78
G:\FHB\MAITE    BRANCH-UNTALAN-21147\PLD\083D-SUPPLEMENTAL
DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT OF
AMANDA YOUNG RE FIRST HAWAIIAN BANK V PACIFIC COMPOSITES,
INC. ET AL CV18-00028.DOCX
```

BLAIR STERLING
JOHNSON MARTINEZ